UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN THE MATTER OF THE
APPLICATION OF THE UNITED
STATES OF AMERICA FOR
A SEARCH WARRANT FOR A
2006 BLACK NISSAN MAXIMA, VEHICLE
IDENTIFICATION NUMBER:
1N4BA41E16C847520, TOWED BY THE
HARTFORD POLICE DEPARTMENT
ON September 26, 2018

: 3:18mj 1513 (DFM)
:
:
: ss. Hartford, CT
:
:
:
:
:
:

## AFFIDAVIT

I, John Bianchi, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, Hartford Field Office, having been duly sworn, state:

### INTRODUCTION

1. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) or Title 18, United States Code, in that I am empowered by law to conduct investigations and to make arrests for federal felony offenses, including but not limited to firearms offenses.

2. I am employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been so employed since March 23, 2014. My responsibilities as an ATF Special Agent include the investigation of federal firearms violations, violent crimes and narcotics offenses. During my service as an ATF Agent, I have been involved in numerous investigations involving firearms and narcotics offenses. Prior to my service as an ATF Special Agent, I served as a Federal Air Marshal for approximately ten years. Prior to my service as a Federal Air Marshal, I worked as a local law enforcement officer for approximately six and a half years during which time I assisted in investigations and gained experience investigating offenses

1

ranging from illegal drug violations to homicides. I have attended multiple law enforcement training academies as a requirement of my law enforcement occupations to include criminal investigation training. I have attended undergraduate and graduate level universities for the studies of Criminal Justice education, and I have a Master's degree in Criminal Justice Administration.

## PROPERTY TO BE SEARCHED

3. I submit this affidavit in support of an application for a search warrant for a 2006 black Nissan Maxima, bearing vehicle identification number 1N4BA41E16C847520 and CT registration plate AP22695 (hereafter referred to as the "TARGET VEHICLE"). The TARGET VEHICLE was towed from Burton Street in Hartford on September 26, 2018, and is currently located at the Hartford Police Department's impound lot at 50 Jennings Road in Hartford, Connecticut.

## STATUTORY AUTHORITY

4. I am investigating whether DAVID FRANCIS, dob: 9/17/1978, currently believed to reside at The Eddie Center and Eddie Shelter, 1 Labella Circle, Middletown, CT 06457, violated Title 18, United States Code, Section 922(g)(1) which prohibits a person who previously has been convicted of a crime with a sentence of more than one (1) year from possessing possession of a firearm (the "TARGET OFFENSE").

5. I have participated in this investigation and have had information provided to me by other law enforcement officers. I am familiar with the information contained herein. This affidavit sets forth facts and evidence that I believe are necessary to establish probable cause to search the TARGET VEHICLE for the items identified in Attachment A, but does not set forth all the facts and evidence that I have gathered during the course of this investigation.

## BACKGROUND AND PROBABLE CAUSE

6. ATF is currently conducting an ongoing investigation into David FRANCIS. On Wednesday, September 26, 2018, I spoke with a Confidential Source ("CS") regarding David FRANCIS and his ownership and possession of a firearm. The CS has known FRANCIS for at least one year.

7. The CS informed me that FRANCIS is a convicted felon. A check of the Connecticut Department of State Police Criminal History system shows FRANCIS has numerous felony convictions on his record including Criminal Weapon Possession, Stealing Firearms, Sale of Hallucinogens, Carrying Dangerous Weapons and Robbery in the 1st Degree and Robbery in the 2nd degree. The CS informed me that FRANCIS is currently on parole and is living at a halfway house in Middletown. I verified this information with Parole Officer Williams of the CT Department of Corrections. He stated that FRANCIS has been on parole since April of 2017 and in April of 2018, he was remanded to a halfway house by parole.

8. The CS advised that FRANCIS had a loaded, black, 9mm handgun and extra ammunition stored in the trunk of the TARGET VEHICLE. The CS stated that several months ago he/she saw FRANCIS put the handgun into a black backpack and place the black backpack in the trunk of the TARGET VEHICLE. The CS stated that the last time he/she saw the firearm in the trunk of the TARGET VEHICLE was on 9/24/2018. The CS stated that he/she knows that FRANCIS does not currently have the key to the TARGET VEHICLE because FRANCIS gave the CS the only key to the TARGET VEHICLE and asked the CS to check on the TARGET VEHICLE and the firearm from time to time while he has been at the halfway house.

9. The CS stated that FRANCIS owns two vehicles: the TARGET VEHICLE and a red Chevrolet Malibu. The CS stated that both vehicles are parked in the area of 29 Burton Street

in Hartford. The CS stated that one of FRANCIS' sisters resides at 29 Burton Street. In addition, a check of FRANCIS' Connecticut Department of Probation history showed an address of 29 Burton Street in Hartford as a place that he had listed as a residence. Investigators ran the VIN of the TARGET VEHICLE. It shows that the vehicle was most recently registered to an Antonet Franklin of 15 Burton Street in Hartford. The original registration plate on the vehicle is listed as cancelled. The CS told me that FRANCIS has two sisters; one named Antonet Anderson and one named Nicole Sturgess. I contacted Parole Officer Williams. He advised me that FRANCIS has a sister listed in his file named Nicole Sturgess.

10. The CS stated that FRANCIS is a member of the Los Solidos criminal street gang. ATF in-house records checked showed that FRANCIS was listed as being under investigation in 2007 and allegedly part of the Los Solidos street gang.

11. The CS stated that both vehicles on Burton Street had stolen plates on them. SA Dan Prather of the ATF drove by the area of 29 Burton Street and confirmed that there was what appeared to be a mid-2000 model, black Nissan Maxima bearing registration plate CT AP22695 parked on the side of the road and next to it was a red Chevrolet, possibly a Malibu, bearing a CT registration plate, later identified as CT AM55099. I checked the registrations of both vehicles in the CT Department of Motor Vehicles database. The TARGET VEHICLE license plate is registered at 34 Willard Street in Hartford. The CS had told investigators that he/she believed Willard Street was where FRANCIS stole one of the registration plates. According to the DMV records, the CT registration plate on the TARGET VEHICLE is associated with a grey, 1998 Nissan Maxima. As noted above, the TARGET VEHICLE is a 2006, black, Nissan Maxima. SA Prather's experience in law enforcement, particularly in surveilling and identifying vehicles and there body types and symbols, he believed the vehicle was a mid-2000 model. A check on the

VIN number on the vehicle later showed, it was in fact a 2006 Nissan Maxima. The license plate on the TARGET VEHICLE did not come back in NCIC as stolen, but it appeared to be a misused registration plate. The Chevrolet with the CT AM55099 registration plate is associated with a green 1997 Honda Civic registered out of 39 Blue Hills Avenue in Hartford. CT. It did not come back in NCIC as stolen, but appears to be a misused registration plate. The VIN on the Malibu was later checked (1G1ZU54864F137612). It was listed to a 2004 red Chevrolet Malibu out of Irving Street in Windsor. This also verified the plate was a misuse.

12.     I know from my experience as an investigator in Hartford, that sometimes, when a registration plate is stolen from a vehicle, it may not be reported to law enforcement or to the DMV. I know from my experience that if a plate is misused on a vehicle, that it is/was most likely stolen off another vehicle and was never reported stolen. Therefore, although these plates are considered misused, I believe they were in fact stolen because of the CS statements and because of my own experience.

13.     The CS went with me and another investigator to show them the TARGET VEHICLE and the Malibu parked on Burton Street. The vehicles were the same as the ones that SA Prather observed earlier and were in the same location.

14.     The CS has seen FRANCIS in possession of a black pistol on multiple occasions in the past. The CS stated that he/she has observed him cleaning it with oil on a few occasions. The CS stated that FRANCIS began storing the firearm in the TARGET VEHICLE for approximately three months or so, just prior to being placed in a halfway house by parole. I spoke to parole and verified that approximately five months ago, in April of 2018, FRANCIS was placed in a halfway house. The CS has observed the firearm in the TARGET VEHICLE on multiple occasions in the past few months, and most recently within the past week.

15. The CS showed investigators undated social media messages where FRANCIS sent him/her photographs of firearms that he alleged to have owned. In particular, the CS showed investigators a photograph of a Glock model 17 pistol and stated that the firearm stored in the black backpack bag in the trunk of the Maxima looks like the photograph of the Glock. The CS stated that the Glock had a magazine in it and there were loose rounds in the backpack. In addition, there was also a box of ammunition in the book bag. The CS had previously told investigators that the pistol was a 9mm. I used to be a certified Glock armorer. Additionally, I carry a Glock firearm as a duty weapon. I am familiar with Glock firearms and I know that a Glock model 17 utilizes 9mm ammunition.

16. The CS stated that FRANCIS keeps belongings and items with his name on them in the TARGET VEHICLE.

17. On September 26, 2018, the TARGET VEHICLE (and the Malibu identified above) were towed by the Hartford Police Department as it was parked on a public way in the city of Hartford and had a "misused" or incorrect registration plate on it, which misidentified the vehicle. ATF Special Deputy/HPD Detective David Cournoyer was advised of the violation and also advised of the facts and circumstances hereafter, including the reasonable belief that the Maxima contains a black, 9mm handgun in the trunk and is loaded, thus creating a public safety concern. The vehicle was towed to the Hartford Police Department impound lot at 50 Jennings Road, Hartford, CT, where it was secured by the HPD and has remained since.

**CHARACTERISTICS OF FELONS WHO POSSESS WEAPONS**

18. From my training and experience, I know that persons who illegally possess firearms generally do so to further other criminal activities, such as purchasing or selling narcotics, robberies, retaliation, gang activities, and other illicit activity.

19. Individuals who possess firearms illegally routinely hide firearms and ammunition in motor vehicles in areas that are hidden and not readily accessible or apparent. Individuals using vehicles to carry out their illicit activity often hide firearms and ammunition within parts of the vehicle, to include interior paneling, engine compartment, within seat cushions, trunks and in other hard to access areas. They believe that this will aide in preventing law enforcement from seizing their firearms, ammunition, drugs and/or assets as well as deciphering that they were involved in criminal activity.

20. I know, based upon my training and experience, that people who possess firearms illegally will often use vehicles that are unregistered and/or misuse or utilize stolen/false license plates (or several) when tending to their illicit activity, attempting to thwart law enforcement, insulate themselves and their confederates via concealing their identity and ownership of the vehicles.

21. Based on my training and experience and as set forth in this affidavit, I believe there is probable cause the TARGET VEHICLE was used by FRANCIS to illegally possess and hide firearms and ammunition.

## CONCLUSION

22. Based on the foregoing, I believe probable cause exists that the TARGET VEHICLE contains evidence of the TARGET OFFENSE as described in this affidavit. The TARGET VEHICLE has been securely stored under lock and key since it was towed to the Hartford Police Department at 50 Jennings Road in Hartford, CT on September 26, 2018, where it has been since.

23. With regard to the TARGET VEHICLE, I request permission to enter and search

the vehicle for evidence relating to the unlawful possession of firearms. Based on my training, experience, I have reason to believe that the TARGET VEHICLE will contain firearms and ammunition. I also believe that the firearms and ammunition may contain fingerprints and/or DNA (Deoxyribose Nucleic Acid) evidence, which can be analyzed.

24. Because this warrant seeks only permission to examine a vehicle that is already in law enforcement's possession, the execution of this warrant does not involve the physical intrusion onto premises. Consequently, I submit there is reasonable cause for the Court to authorize execution of the warrant at any time in the day or night.

25. Based on the foregoing information, there is probable cause to believe, and I do believe, that additional fruits, instrumentalities and evidence of the offense listed above will be found within the TARGET VEHICLE, as more particularly described herein.

Respectfully submitted,

John Bianchi
Special Agent - ATF

Subscribed and sworn to before me
On September 28, 2018:     /s/ DFM

HONORABLE DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

With respect to the **TARGET VEHICLE,** a 2006, black, Nissan Maxima, bearing Vehicle Identification Number (VIN): 1N4BA41E16C847520 , towed by the Hartford Police Department on September 26, 2018 and currently located in their impound lot located at 50 Jennings Road, Hartford, Connecticut, described in the affidavit and listed on the attached warrants.

## ATTACHMENT B

The items to be seized include the following:

1. All firearms, ammunition, and any illegal contraband that could constitute a violation of law, to include a potential violation of Title 18, United States Code, Section 922(g)(1) (felon in possession of a firearm), contained in the **TARGET VEHICLE**, which is presently in the custody of the Hartford Police Department, 50 Jennings Road, Hartford, Connecticut after being towed on September 26, 2018, as more particularly described in the Affidavit in support of this search warrant, including:

   a. Firearms
   b. Ammunition
   c. Drugs
   d. Quantities of US currency consistent with firearms and drug trafficking
   e. Drug packaging, scales, customer legers and other drug paraphernalia
   f. Indicia of ownership, use, possession or control of the vehicle